IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02689-BNB

JOHNNY L. REYNOLDS, # 113703,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS (CDOC), et al. Officials Acting in
    Their Perspective Duties,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On January 20, 2009, Plaintiff filed a Motion to Amend Original Complaint. The Motion is DENIED as moot. The Court's January 12, 2009, Order directs Plaintiff to file a proper Amended Complaint if he so desires within thirty days of the Order. To the extent in the January 20, 2009, Motion, Plaintiff requests that the Court allow him to raise claims at a later date in the instant action, which currently are premature, the request also is DENIED.

Dated: January 21, 2009

Copies of this Minute Order mailed on January 21, 2009, to the following:

Johnny L. Reynolds
Prisoner No. 113703
Limon Correctional Facility
Unit 6-A
49030 State Hwy. 71
Limon, CO 80826

                                            Secretary/Deputy Clerk